NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ARKANSAS GAME & FISH COMMISSION,**
*Plaintiff-Cross-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

_____

2009-5121, -5029

_____

Appeal from the United State Court of Federal Claims in No. 05-CV-381, Judge Charles F. Lettow.

_____

**O R D E R**

The court has received briefs in this case pursuant to its January 29, 2013, Order. Oral argument will be heard before a panel of this court on Friday, September 6, 2013, at 10 a.m. Each side will be allowed 15 minutes for oral argument.

The parties shall notify the clerk no later than August 15, 2013, by ECF filing, of the name of the counsel who will present oral argument.

FOR THE COURT

| May 29, 2013 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |